Percy KING

v.

STATE.

No. 32414.

Court of Criminal Appeals of Texas.

Dec. 7, 1960.

A. L. Lowery, Marion G. Holt, by Marion G. Holt, Nacogdoches, for appellant.

Leon Douglas, State's Atty., Austin, for the State.

WOODLEY, Judge.

The offense is burglary; the punishment, 4 years.

For the reasons stated in the companion case of King v. State, 341 S.W.2d 654, the judgment is affirmed.

Willie DANIEL, Jr.

v.

STATE.

No. 32415.

Court of Criminal Appeals of Texas.

Dec. 7, 1960.

A. L. Lowery, Marion G. Holt, by Marion G. Holt, Nacogdoches, for appellant.

Leon Douglas, State's Atty., Austin, for the State.

WOODLEY, Judge.

The offense is burglary; the punishment, 4 years.

For the reasons stated in the companion case of King v. State, 341 S.W.2d 654, the judgment is affirmed.

Willie DANIEL, Jr.

v.

STATE.

No. 32416.

Court of Criminal Appeals of Texas.

Dec. 7, 1960.

A. L. Lowery, Marion G. Holt, by Marion G. Holt, Nacogdoches, for appellant.

Leon Douglas, State's Atty., Austin, for the State.

WOODLEY, Judge.

The offense is burglary; the punishment, 4 years.

For the reasons stated in the companion case of King v. State, 341 S.W.2d 654, the judgment is affirmed.